IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CARLOS ESQUIVEL, ET AL. Individually and on behalf of all others similarly situated,<br>   *Plaintiffs*, | § § § § | |
| V. | § § | NO. MO:20-CV-00038 DC |
| DOWNHOLE TECHNOLOGY LLC, ET AL.,<br>   *Defendants*. | § § § § | |

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO MANNY FRANKLIN**

ON THIS DAY the Court considered the Parties' Joint Agreed Stipulation of Dismissal of Claims as to MANNY FRANKLIN Without Prejudice (Doc. 47) filed May 7, 2020. The Court finds the Motion should be GRANTED.

It is ORDERED, Plaintiff MANNY FRANKLIN, is DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED attorney fees, expenses and court costs shall be borne by the party incurring same.

IT IS FURTHER ORDERED that all pending motions pertaining to MANNY FRANKLIN, if any, are DENIED AS MOOT, and all relief not expressly granted is DENIED.

It is so **ORDERED**.

SIGNED this 8th day of May, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

Case 7:20-cv-00038-DC-RCG   Document 48   Filed 05/08/20   Page 2 of 2